**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 15, 2024
Docket #: 24-447
Short Title: Aquino v. Alexander Capital LP

Agency #:
Agency: 178

### REVISED NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to stay district court proceedings filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, May 28, 2024.

Inquiries regarding this case may be directed to 212-857-8595.